

FILED

JAN - 6 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )     Case No. 11CR0093-RBB
                                             )
                    v.                       )     JUDGMENT AND COMMITMENT
                                             )
ARTEMIO ESCALANTE-VELAZQUEZ (01)             )     GARY BURCHAM
                                             )     _____
                                             )     Defendant's Attorney

REGISTRATION NO. 23195298 _____

VIOLATION: 8 USC 1325 - Illegal Entry (Misdemeanor)

__x__ Defendant pleaded guilty to count one of the Information.
____ Count(s) _____ dismissed on the government's oral motion.
__X__ Underlying _____ Complaint _____ dismissed on the government's oral motion.

## JUDGMENT AND COMMITMENT

__x__ Defendant is adjudged guilty on count one of the Information

The defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of
SIXTY (60) DAYS
_____ .

__x__ NO SUPERVISED Release imposed.
on the following conditions:
____ obey all laws, Federal, State and Municipal
____ comply with all lawful rules and regulations of the probation department
____ not possess any narcotic drug or controlled substance without a lawful medical prescription
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
     as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
     a low risk of future substance abuse.
__x__ Penalty assessment of $ - 10.00 Remitted and Waived.
__x__ Fine waived         ____ Fine of $

        IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of
name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay
restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.
        IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or
other qualified officer and that the copy serve as the commitment of the defendant.

January 6, 2011
_____
Date of Imposition of Sentence

_Ruben Brooks_
_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE
Entered on: